```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
```
-------------------------------------------------------

UNITED STATES OF AMERICA, : CASE NO. 1:13CR00520-003

    Plaintiff, :

vs. : ORDER

MARIANNE STEFANIK, :

    Defendant. :

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    A Report and Recommendation issued by United States Magistrate Judge Nancy Vecchiarelli was filed on December 30, 2013 [Doc. 29] recommending that defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

    The Court hereby adopts the Report and Recommendation, accepts the defendant's plea of guilty and enters a finding of guilty.

    IT IS SO ORDERED.

Dated: March 31, 2014          s/ *James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE